**STATE of Missouri, Respondent,**

v.

**Michael T. REITER, Appellant.**

**WD 78877**

Missouri Court of Appeals,
Western District.

FILED: April 4, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied April 27, 2017

Application for Transfer Denied June 27, 2017

Shaun Mackelprang, Jefferson City, for respondent

James R. Brown, Kearney, MO, for appellant

---

Before Division One: Gary D. Witt, P.J., and Thomas H. Newton and Alok Ahuja, JJ.

## ORDER

PER CURIAM:

Michael Reiter was convicted following a bench trial of the class B felony of driving while intoxicated pursuant to §§ 577.010 and 577.023, RSMo. Reiter appeals. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 30.25(b).